# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHOUKHAO PHOMPRIDA,

    Defendant.

Case No. MJ17-247 MAT

DETENTION ORDER

Offenses charged:

    Count 1:    Felon in Possession of a firearm in violation of 18 U.S.C. § 922(g)(1)

    Count 2:    Possession of Cocaine and Heroin with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)

    Count 3:    Possession of Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A)

Date of Detention Hearing: August 13, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as set forth, finds:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

DETENTION ORDER - 1

2. An arrest warrant was issued for Defendant's arrest over two years ago and Defendant was able to avoid arrest during that time. Defendant has a prior conviction for Manslaughter, First Degree: originally charged as Murder, First Degree. At the time of Defendant's arrest, he was in possession of firearms.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

\\

\\

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 14th day of August, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3