# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-153 JLR |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| PHOUKHAO PHOMPRIDA, | |
| Defendant. | |

The Court, having reviewed the parties' Stipulated Motion to Continue Trial and the facts and circumstances described therein, which are hereby incorporated as findings of fact, makes the following findings of fact and conclusions of law:

1. The trial in *United States v. Phoukhao Phomprida* is set for October 21, 2019.

2. Defense counsel and the government have conferred and believe that a trial date on March 23, 2020, is appropriate. The parties further submit that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a more speedy trial. 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

3. The defense has not yet been able to complete its review discovery, conduct additional investigation, or explore potential legal or factual issues to identify defenses and pretrial motions.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. The Court finds that the defense is entitled to additional time for investigation and preparation and that the additional time requested is a reasonable period of delay.

5. Accordingly, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a more speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, research pretrial motions, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

7. Furthermore, proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

8. The defendant has filed a Speedy Trial Waiver that extends through April 30, 2020.

9. Accordingly, the Court ORDERS that the trial shall be continued to March 23, 2020. The resulting period of delay from the date of this order, up to and including the new trial date of March 23, 2020, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B). Pretrial motions are due no later than February 7, 2020.

DATED this 20th day of September, 2019.

JAMES L. ROBART
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

/s/ JESSICA M. MANCA
JESSICA M. MANCA
Assistant United States Attorney

/s/ STRYDER J. WEGENER
STRYDER J. WEGENER
Counsel for Phoukhao Phomprida

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970