THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-153-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR TEMPORARY RELEASE |
| PHOUKHAO PHOMPRIDA, | |
| Defendant. | |

THE COURT has considered Phoukhao Phomprida's motion for temporary release and all the records in this case.

IT IS NOW ORDERED that

1. Mr. Phomprida should be released from FDC SeaTac on August 22, 2020, to the custody of his sister, Cindy Phomprida; and

2. During his temporary release, Mr. Phomprida shall either be in transit to or from his grandmother's home at all times be in the company of his sister, Cindy Phomprida; and

3. Cindy Phomprida will return Mr. Phomprida to FDC SeaTac no later than 5:00 p.m. on August 23, 2020.

4. The defendant shall be tested for COVID-19 prior to release from custody. Should the defendant test positive for COVID-19, the defendant shall remain in custody until a negative test is obtained. The Pretrial Services Officer will coordinate the defendant's release with the U.S. Marshals.

DATED this 21st day of August, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER FOR TEMPORARY RELEASE
(*Phoukhao Phomprida*, CR19-153-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2  Presented by:
3  s/ *Christopher Sanders*
4  Assistant Federal Public Defender
   Attorney for Phoukhao Phomprida
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER FOR TEMPORARY RELEASE
(*Phoukhao Phomprida*, CR19-153-JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**